UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:23-CR-00090-02 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| FREDERICK THORNTON (02) | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

Presently before the Court is the Motion to Vacate under 28 U.S.C. § 2255 [ECF No. 248] filed by Frederick Thornton. Mr. Thornton argues that his prior counsel, Richard Spears, provided ineffective assistance of counsel when Mr. Spears allowed Mr. Thornton's appeal to be dismissed for want of prosecution. The Court directed appointment of new counsel for Mr. Thornton and ordered the United States to file a response to the Motion. A supplemental response has now been filed which includes an Affidavit from Mr. Spears which states in pertinent part "that he did indeed miss the deadline for an appeal for Mr. Thornton."[1] While the Affidavit is factually incorrect as Mr. Spears did timely file a notice of appeal, it appears that Mr. Spears is attempting to accept responsibility for the dismissal of the appeal through no fault of Mr. Thornton. The Court finds that Mr. Spears provided ineffective assistance of counsel to Mr. Thornton in permitting the dismissal of the appeal and that those actions deprived Mr. Thornton of his right to pursue the appeal. While the Court has no authority to reinstate the appeal, Fifth Circuit jurisprudence directs the Court to dismiss the Section 2255 Motion without prejudice but re-enter the Judgment on the docket as of today's date so that Mr. Thornton can file an appeal.[2] The defendant would then have fourteen days to file a notice of appeal from the date that the judgment is reinstated.[3] Accordingly,

---

[1] See Exhibit to ECF. No. 272.
[2] *United States v. West*, 240 F.3d 456, 460, 462 (5th Cir. 2001).
[3] Fed. R. App. P. 4(b)(1)(A)(i).

IT IS ORDERED THAT the Motion to Vacate under 28 U.S.C. § 2255 [ECF No. 248] is DISMISSED WITHOUT PREJUDICE; and

IT IS FURTHER ORDERED THAT the Clerk of Court re-enter the Judgment originally imposed on April 18, 2024 on the Court's docket dated as of today's date.

THUS DONE in Chambers on this 4th day of December, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE